**Order filed, October 9, 2020.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

**NO. 01-20-00669-CV**

**HELEN  MAYFIELD, Appellant**

**V.**

**RICHARD WORTHEN AND COMERICA BANK, JOINTLY AND SEVERALLY, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case   2019-70163**

## ORDER

The reporter's record in this case was due 08/5/2020.  *See* Tex. R. App. P. 35.1. On September 25, 2020, this court ordered the court reporter to file the record within 10 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  See Tex. R. App. P. 35.3(c).


PER CURIAM